Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

Northern District of New York

Division Civil

|  |  |
|---|---|
| Jane Doe<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>US Homeland Security<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. **1:24-cv-1225 (AMN/ML)**<br>*(to be filled in by the Clerk's Office)*<br><br>Jury requested if immediate relief denied |

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**
   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jane Doe |
   | Street Address | |
   | City and County | |
   | State and Zip Code | Albany, NY 12205 |
   | Telephone Number | 518-888-0687 |
   | E-mail Address | angling.ragbag.0n@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.
   Defendant No. 1

   | | |
   |---|---|
   | Name | Office of the General Counsel |
   | Job or Title *(if known)* | MS 0485 US Homeland Security |
   | Street Address | 2707 Martin Luther King Jr Ave SE |
   | City and County | Washington DC |
   | State and Zip Code | 20528-0525 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

        Telephone Number  
        E-mail Address *(if known)*

Defendant No. 2  
        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

Defendant No. 3  
        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

Defendant No. 4  
        Name  
        Job or Title *(if known)*  
        Street Address  
        City and County  
        State and Zip Code  
        Telephone Number  
        E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?   *(check all that apply)*  
    ☒ Federal question                  ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

[1]Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      (1) 5 U.S. Code §5596; Back Pay Act. Back payment of lost pay and benefits due to unjustified personnel action is limited to within six years of the time that the relevant reversal action was initiated.

      (2) 5 USC 7511(a)(1)(A)(i) which grants due process rights to competitively-appointed federal civil service employees who have completed an initial probationary period.

      (3) 5 USC 7701(c)(2)(A) and (C) basis for reversal of harmful error or act committed outside applicable law,
- a) 5 CFR 1201.4(r) where Harmful Error is defined as an act that is outside the law and would not have been completed if the law was properly applied.
- b) Burden and Degree of Proof 5 CFR 1201.56(c)(3) where the defendant **must** reverse the action that was not in accordance with law.
- c) Timing: Neither the regulation for reversal of harmful error nor its sponsoring law, 5 USC 7701(c)(2)(C) prescribe a specific time limit during which a claim of harmful error must be raised),

      (4) 5 USC 7703(a)(2)- Judicial review on the merits of the underlying personnel action of US Merit Systems Protection Board's final order.

      (5) 28 USC 2401 (a)- Timing for action against the United States initiated in the forum of first review within six years of the date of the event which led to this action.

      (6) US Constitution Fifth Amendment

      (7) US Constitution Seventh Amendment

      (8) US Constitution Eight Amendment

      (9) *Federal Rules of Civil Procedure 55(d)* where courts may not grant summary relief against the United States without established merit.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual
The plaintiff, *(name)* Jane Doe, is a citizen of State of *(name)* New York.

        b.    If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.      If the defendant is a corporation
The defendant, *(name)* __US DHS__, is incorporated at the laws of the State of *(name)* __Washington DC__, and has principal place of business in the State of *(name)* __Washington DC__
Or is incorporated under the laws of *(foreign nation)* _____
and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
Eight years of lost wages averaging more than $100,000 per year.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Florida

B.    What date and approximate time did the events giving rise to your claim(s) occur?
December 07, 2015

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

<sub>1</sub>Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

> *I was a tenured competitively appointed civil service employee according to 5 USC 7511(a)(1)(A)(i).
> * I completed the required one-year civil service probation period required by preference eligible veterans while employed by US Census Bureau in a period of service that ended in October 2009 (See Appendix B-4; Form SF-50 Block 24- Tenure: Indefinite). Regardless of breaks in service, any other probationary period was probationary in name only.
> * On March 09, 2015, I was hired as an Auditor, GS-09-13/0511 by DHS. However, I was erroneously hired by DHS as a probationary employee several years after I already completed the only required probationary period for federal civil servants.
> * Due to DHS' error, I was fired without verified or justifiable cause and due process then denied access to review and restoration of property interest (Appendix C, Block 24- Tenure "Conditional."
> * I filed a formal claim for reinstatement with US MSBP in May 2021 (Appendix A).
> * On November 9, 2023, US MSPB denied the claim for reversal or harmful error in regard to the termination on the basis of timing calculations from a previous whistleblower complaint; a secondary requested relief. The primary cause of the complaint remained unaddressed by the Board. (Appendix D)
> * Based on USMSPB's final notice which omitted my right to file this claim in District Court, I appealed to the US Court of Appeal of the Federal Circuit in December 2023 to reverse the denial (Appendix E).
> * Although USDHS was named as a party to that appeal, the court removed USDHS from the appeal's caption (Appendix E-1).
> * On September 13, 2024, the US Court of Appeals of the Federal Circuit upheld US Merit System Protection Board's whistleblower-based timing argument and claims that I previously pursued judiciary relief for claims related to whistleblower retaliation and racism; neither of which were subjects of the appeal. (Appendix F)
> * Although my claim on this matter against USDHS for reversal of the harmful error of my dismissal without due process was timely-filed, no court has reviewed it on its merit.
> * On timing of this action: Neither the regulation for reversal of harmful error nor its sponsoring law, 5 USC 7701(c)(2)(C) prescribe a specific time limit during which a claim of harmful error must be raised. The only condition is that the claim must have first been presented to USMSPB which has only acted to further delay resolution. Therefore, I am exercising my right to ask this court to act since more than six months have elapsed from the time the claim was brought before the USMSPB and that process has yet to be completed.

**IV.     Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. I am the sole parent of high school students who have lived without the pay, benefits, and prestige of my hard-earned career for eight years now. The deprivation of that income started with the termination without cause and has cascaded into an ongoing series of deprivations that cannot be considered as accidental. USDHS has unjustly barred my access to income and will continue to do so without this court's intervention.
    a) Although I am a preference eligible veteran, I am banned from competing for federal civil service. USDHS filed a false employment suitability report to my official personnel file in 2016 (Appendix G). The false report not only affected my ability to compete for civil service placement, but also my ability to secure private sector work in my field. The ban was also without cause, notice, or opportunity to redress (Appendix D, Page 3).
    b) I filed a claim for worker's compensation based on the injuries stemming from this and associated actions in 2018. USDHS withheld the application for three months until Congressional intervention forced its release. My application for payment of worker's compensation benefits has remained withheld by USDHS since 2019.
    c) I applied for social security disability for my disabled child (20170 and myself (2021). Both applications mysteriously disappeared. Inquiries to USSSA remain unanswered.
2. I am currently homeless (Appendix H). I primarily live in a rented car with my two children.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Expedited review as able and allowed.
2) Cancel the termination of employment effective December 07, 2015.
3) Immediate payment of back pay as required by 5 CFR 550.804. I am entitled to rights and benefits of the Back Pay Act 5 USC 5596, the action to restore pay was filed with USMSPB on May 23, 2021 which was within 6 years of the illegal and harmful termination, all pay and time calculations must be from the date of the personnel action: December 7, 2015. However, if the date of eligibility for back pay becomes a matter of contention that would delay immediate payment of back pay then please at least award back pay retroactive the six years allowed by the Back Pay Act.
4) Award back pay due to unjustified personnel action as required by for:
    1. All pay, allowances, and differentials which I would normally have earned or received during the period if the personnel action had not occurred. There are no reductions due to other employment since
        a) I am disabled as a result of the action that led to this claim.
        b) The agency acted to bar further employment as part of the action.
    2. Interest on lost wages, allowances, and differentials computed from December 07, 2015 until the day on which final payment is made at the rates in effect under Internal Revenue Code of 1986 section 6621(a)(1) and shall be compounded daily.
    3. Payment of tax differentials between income tax to be owed on lump sum payment of lost wages vs on an annual basis.
    4. Severance Pay as allowed by 5 USC 5595 or
    5. Front pay or other liquidated damages. Not only did I become catastrophically disabled as a result of the agency's actions, avenues to interim mitigating medical benefits have been intentionally and fraudulently blocked by USDHS and USDOL despite worker's compensation laws dictating otherwise. Moreover, USDHS' fraudulent interference with my ability to compete for employment after termination ended my previous career. As held by *Coleman v. City of Omaha,* 714 F.2d 804, 808 (8th Cir. 1983) and *Green v. USX Corp.*, 843 F.2d 1511, 1532 (3d Cir. 1988), front pay is an appropriate relief in this case.
    6. Buyback active duty military service time towards civil service retirement.
    7. Compensatory damages for unpaid medical care for me and my children Generally, these costs would have been covered by Worker's Compensation which has been fraudulently withheld.
    8. Compensatory damages related to moving, storage, and eviction as a result of the appealed action.
    9. Establish the date of settlement as the date of termination.
    10. Expunge all record of this action from the official personnel file and public records, including an order to seal all related court records.
    11. Expunge any record of unsuitability for Federal rehire.
    12. Restoration of security clearance.
    13. Opportunity to pay remaining balance of Public Service Student Loan repayment plan, and or cancellation of remaining balance due to longterm disability.
    14. Bar USDHS from circumventing restorative settlement by forcing me to work for or with USDHSOIG.
    15. Positive letter of recommendation effective as of the date of settlement.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case‑related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/05/24

Signature of Plaintiff

Printed Name of Plaintiff    ane Doe

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address